UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23350-JEM

HOWARD COHAN,

Plaintiff,

vs.

ODYSSEY PROPCO VI, LLC
a Foreign Limited Liability Company
d/b/a AC HOTEL MIAMI MIDTOWN

Defendant(s).
_______________________________________/

**NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, ODYSSEY PROPCO VI, LLC, a Foreign Limited Liability Company, d/b/a AC HOTEL MIAMI MIDTOWN, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 2, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

**By: /s/ Dawn M. Rapoport, Esq.**
Dawn M. Rapoport, Esq.
FBN: 13176
1314 E Las Olas Blvd. #121
Fort Lauderdale, FL 33301
Phone: (754) 333-1105
Primary email: dawn@rapoportlawgroup.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**